1:06-cv-01059-MMM-JAG    # 22    Page 1 of 2

06-cv-01059-MMM-JAG    # 21-2    Page 1 of 2

E-FILED
Wednesday, 25 October, 2006 03:27:34 PM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 24 October, 2006 11:34:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| REBECCA A. BOSWELL, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> WILLIAM ROBINSON, Chief of ) <br> Abingdon Police Department in his ) <br> Individual and Official Capacities, ) <br> CHRIS NAGLE, Detective/Sergeant ) <br> of Abingdon Police Department in His ) <br> Individual and Official Capacity, ) <br> CITY OF ABINGDON, ILLINOIS, a ) <br> Political Subdivision of the State of ) <br> Illinois, and ABINGDON COMMUNITY ) <br> UNIT SCHOOL DISTRICT NO. 217 ) | Case No. 06-1059 |

**ORDER DISMISSING DEFENDANT, ABINGDON COMMUNITY UNIT SCHOOL DISTRICT NO. 217**

This matter has come before the Court on the Joint Motion for Fed.R.Civ.Proc. 54 (b) Ruling and Dismissal of Defendant, ABINGDON COMMUNITY UNIT SCHOOL DISTRICT NO. 217. The Joint Motion was filed by Plaintiff and the said Defendant. The Court Finds:

1. The plaintiff and Defendant, Abingdon Community Unit School District No. 217, have reached a settlement resolving those claims without prejudice to the plaintiff's claims against the remaining defendants.

2. The parties seek a Fed.R.Civ.Proc. 54 (b) finding giving the dismissal finality.

3. There is no just reason to delay enforcement or appeal of the dismissal of Defendant, Abingdon Community Unit School District No 217.

IT IS ORDERED:

1. The court retains jurisdiction to enforce the terms of the Settlement Agreement between these parties. *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S.370, 114 S.Ct. 1673 (1994).

2. The court finds under Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason to delay enforcement or appeal of the dismissal of Defendant, Abingdon Community Unit School District No 217.

3. Plaintiff's claims against Defendant, Abingdon Community Unit School District No 217 are dismissed with prejudice and without prejudice to Plaintiff's claims against the other Defendants.

4. Pursuant to Rule 54 (b), the court directs the Clerk to enter a judgment of dismissal of Defendant, Abingdon Community Unit School District No 217 with prejudice and without prejudice to Plaintiff's claims against the other Defendant. The judgment shall include the Rule 54 (b) finding.

ENTER:

10/25/06

s/Michael M. Mihm
United States District Judge or Magistrate Judge