AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
OCT 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**REBECCA A. BOSWELL**

vs.

Case Number: **06-1059**

**WILLIAM ROBINSON**, Chief of Abingdon Police Department, in his Individual and Official Capacities, **CHRIS NAGLE**, Detective/Sergeant of Abingdon Police Department in His Individual and Official Capacity, **CITY OF ABINGDON, ILLINOIS**, a Political Subdivision of the State of Illinois, and **ABINGDON COMMUNITY UNIT SCHOOL DISTRICT NO. 217.**

**DECISION BY THE COURT.** This action came before the Court. The Court having found pursuant to FRCP Rule 54 (b) that there is no just reason for delay of entry of judgment.

**IT IS ORDERED AND ADJUDGED** that defendant Abingdon Community Unit School District No. 217 is dismissed with prejudice.

ENTER this 25th day of October, 2006

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK